# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) No. 5:23-cv-01466 (BKS/TWD) |
| v. | ) |
| SYRACUSE UNIVERSITY, | ) |
| Defendant. | ) |

## STIPULATION OF REMAND

Plaintiff John Doe and Defendant Syracuse University, by and through their respective counsel, hereby stipulate to a remand of this matter pursuant to 28 U.S.C. § 1447(c) to the Supreme Court of the State of New York, County of Onondaga, with both parties to bear their own costs, fees, and expenses in connection with the removal and remand of this matter.

Dated: December 27, 2023
New York, New York

Respectfully submitted,

By: */s/ Melissa Clark*
Melissa Clark
FEGAN SCOTT LLC
140 Broadway, 46th Floor
New York, NY 10005
Phone: 332.216.2101
Fax: 312.264.0100
melissa@feganscott.com

*Counsel for Plaintiff*

IT IS SO ORDERED:

/s/ Brenda K. Sannes
Brenda K. Sannes
Chief U.S. District Judge

Dated: January 2, 2024
Syracuse, NY

By: */s/ Richard S. Hartunian*
Richard S. Hartunian
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, NY 10036
Phone: (212) 790-4500
RHartunian@manatt.com

*Counsel for Defendant*